No. 1758, Misc. McDermott v. Maroney, Correctional Superintendent. C. A. 3d Cir. Certiorari denied.

No. 851, October Term, 1966. Miller v. United States, 386 U. S. 911. Motion for leave to file petition for rehearing denied. Mr. Justice Marshall took no part in the consideration or decision of this motion.

No. 303, Misc., October Term, 1966. Curry v. United States, 385 U. S. 873, 387 U. S. 949; and

No. 528. Berguido et al. v. Eastern Airlines, Inc., 390 U. S. 996, 391 U. S. 909. Motions for leave to file second petitions for rehearing denied. Mr. Justice Marshall took no part in the consideration or decision of these motions.

No. 497. Hanner v. DeMarcus et ux., 390 U. S. 736; and

No. 1185. Joffe v. Joffe, 390 U. S. 1039. Petitions for rehearing denied.

No. 105. Bass et al. v. Federal Power Commission, 390 U. S. 747; and

No. 223. Mittelman v. United States, 389 U. S. 835. Petitions for rehearing denied. Mr. Justice Marshall took no part in the consideration or decision of these petitions.

No. 1163. Virgo Corp. v. Paiewonsky, Governor of the Virgin Islands, et al., 390 U. S. 1041. Petition for rehearing denied. Mr. Justice Fortas took no part in the consideration or decision of this petition.